1  WEIL, GOTSHAL & MANGES LLP
   Edward R. Reines (135960)
2  (edward.reines@weil.com)
   Derek C. Walter (246322)
3  (derek.walter@weil.com)
   Michele A. Gauger (281769)
4  (michele.gauger@weil.com)
   Aaron Y. Huang (261903)
5  (aaron.huang@weil.com)

6  Silicon Valley Office
   201 Redwood Shores Parkway
7  Redwood Shores, CA  94065
   Telephone: (650) 802-3000
8  Facsimile: (650) 802-3100

9  Attorneys for Plaintiffs
   VERINATA HEALTH, INC.
10 and
   THE BOARD OF TRUSTEES OF THE
11 LELAND STANFORD JUNIOR
   UNIVERSITY

   IRELL & MANELLA LLP
   David I. Gindler (117824) (dgindler@irell.com)
   Andrei Iancu (184973) (aiancu@irell.com)
   Amir Naini (226627) (anaini@irell.com)
   1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
   Telephone:     (310) 277-1010
   Facsimile:     (310) 203-7199

   Attorneys for Defendants
   ARIOSA DIAGNOSTICS, INC.
   and
   LABORATORY CORPORATION OF
   AMERICA HOLDINGS

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15  VERINATA HEALTH, INC. and THE      )   Case No. 3:12-cv-05501-SI
    BOARD OF TRUSTEES OF THE LELAND    )
16  STANFORD JUNIOR UNIVERSITY,        )   **STIPULATED CLAIM CONSTRUCTION**
                                       )   **SCHEDULE**
17              Plaintiffs,            )
                                       )
18        v.                           )
                                       )
19  ARIOSA DIAGNOSTICS, INC. and       )
    LABORATORY CORPORATION OF          )
20  AMERICA HOLDINGS,                  )
                                       )
21              Defendants.            )
                                       )

*IT IS SO ORDERED*
*Judge Susan Illston*

Pursuant to the Court's February 13, 2013 docket entry resetting the claim construction hearing date and the Amended Civil Minutes ordering the submission of a patent schedule in this case, Plaintiffs Verinata Health, Inc. ("Verinata") and The Board of Trustees of the Leland Stanford Junior University ("Stanford"), and Defendants Ariosa Diagnostics, Inc. ("Ariosa") and Laboratory Corporation of America Holdings ("LabCorp"), jointly submit this statement and stipulation regarding the claim construction schedule.

## I.   PRELIMINARY STATEMENT

The parties in this action have met and conferred, and have agreed to the claim construction schedule presented below.  The schedule is based upon the technology tutorial and claim construction hearing dates set by the Court, and largely follows the Patent Local Rules for the interim deadlines.

## II.   STIPULATED CLAIM CONSTRUCTION SCHEDULE

| Event | Date |
|---|---|
| Invalidity Contentions and accompanying document production by accused infringer<br><br>Patent L.R. 3-3 & 3-4 | March 22, 2013 |
| Exchange of Proposed Terms and Claim Elements for Construction<br><br>Patent L.R. 4-1 | April 5, 2013 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence<br><br>Patent L.R. 4-2 | April 19, 2013 |

| Event | Date |
|---|---|
| Filing of Joint Claim Construction and Pre-Hearing Statement<br><br>Patent L.R. 4-3 | May 3, 2013 |
| Status Conference<br><br>- Discuss Tutorial Mechanics<br><br>- Discuss Markman Hearing Mechanics | May 24, 2013 at 3:00 p.m., subject to the Court's availability[1] |
| Completion of Claim Construction Discovery<br><br>Patent L.R. 4-4 | May 31, 2013 |
| Opening Claim Construction Brief by Patentee<br><br>Patent L.R. 4-5(a) | June 5, 2013 |
| Responsive Claim Construction Brief by Accused Infringer(s)<br><br>Patent L.R. 4-5(b) | July 3, 2013 |
| Reply Claim Construction Brief by Patentee<br><br>Patent L.R. 4-5(c) | July 17, 2013 |
| Technology Tutorial | July 31, 2013 at 3:30 p.m. |
| Claim Construction Hearing<br><br>Patent L.R. 4-6 | August 7, 2013 at 3:30 p.m. |

//

---

[1] The parties understand that the Court has ordered that the claim construction-related issued raised in the parties' February 20 and 21, 2013 letters to the Court will be addressed at a Case Management Conference on April 19, 2013. Dkt. No. 35. The parties to the instant action respectfully propose a status conference to discuss tutorial and claim construction hearing mechanics following the filing of the joint claim construction and pre-hearing statement on May 3, 2013 in this action. Such conference may be, at the discretion of the Court, in lieu of or in addition to the April 19 conference. Of course, if the Court wishes to discuss tutorial and claim construction hearing mechanics on April 19 in light of the information available by that date, the parties will be prepared to do so.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: February 27, 2013 | IRELL & MANELLA LLP |

By: */s/ Andrei Iancu*
Andrei Iancu
Attorneys for Defendants Ariosa Diagnostics, Inc. and Laboratory Corporation of America Holdings

Dated: February 27, 2013        WEIL, GOTSHAL & MANGES LLP

By: */s/ Edward R. Reines*
Edward R. Reines
Attorneys for Plaintiffs Verinata Health, Inc. and The Board of Trustees of the Leland Stanford Junior University

## **CERTIFICATION**

I, Andrei Iancu, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with General Order 45.X.B, I hereby attest that Edward R. Reines has concurred in this filing.