1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   VERINATA HEALTH, INC., *et al.*,              No. C 12-05501 SI

12              Plaintiffs,                         **ORDER ON MOTION TO SEAL**

13      v.

14   ARIOSA DIAGNOSTICS, INC, *et al.*,

15              Defendants.

16   _____/

17          Currently before the Court is plaintiffs' motion to seal portions of the parties' joint letter

18   regarding discovery, as well as Exhibits A &B thereto.  Docket No. 50.  The Court finds no good cause

19   to seal portions of the parties' joint letter, because the material at issue describes Ariosa's interrogatory

20   responses only in very general terms.  However, good cause has been shown to seal Exhibits A & B.

21   Plaintiffs shall e-file an unredacted version of the parties' joint letter in the public docket and shall e-file

22   under seal Exhibit A &B within five (5) days of the date of this Order.

23

24          **IT IS SO ORDERED.**

25

26   Dated: May 1, 2013

27                                                  _____
                                                    SUSAN ILLSTON
28                                                  UNITED STATES DISTRICT JUDGE