IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERINATA HEALTH INC,

    Plaintiff,

v.

ARIOSA DIAGNOSTICS INC,

    Defendant.

No. C 12-05501 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISPOSITIVE MOTIONS **SHALL** be filed by November 14, 2014;

Opp. Due December 1, 2014;  Reply Due December 8, 2014;

and set for hearing no later than December 19, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 10, 2015 at 3:30 PM.

JURY TRIAL DATE: February 23, 2015 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 8 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall submit a further litigation schedule.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/15/13

SUSAN ILLSTON
United States District Judge