| | |
|---|---|
| David I. Gindler (Bar No. 117824)<br>dgindler@irell.com<br>Andrei Iancu (Bar No.184973)<br>aiancu@irell.com<br>Amir A. Naini (Bar No. 226627)<br>anaini@irell.com<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067<br>310-277-1010<br>Fax: 310-203-7199<br><br>Attorneys for Defendants<br>ARIOSA DIAGNOSTICS, INC.<br>and<br>LABORATORY CORPORATION OF<br>AMERICA HOLDINGS | Edward Robert Reines (State Bar No. 135960)<br>Email: edward.reines@weil.com<br>Derek C. Walter (State Bar No. 246322)<br>Email: derek.walter@weil.com<br>Michele A. Gauger (State Bar No. 281769)<br>Email: michele.gauger@weil.com<br>Anant N. Pradhan (State Bar No. 287227)<br>Email: anant.pradhan@weil.com<br>WEIL GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway Redwood Shores, CA 94065<br>650-802-3000<br>Fax: 650-802-3100<br><br>Attorneys for Plaintiffs/Counterclaim-Defendants<br>VERINATA HEALTH, INC. and<br>THE BOARD OF TRUSTEES OF THE LELAND<br>STANFORD JUNIOR UNIVERSITY |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VERINATA HEALTH, INC.,<br><br>and<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>ARIOSA DIAGNOSTICS, INC.,<br><br>and<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 3:12-cv-05501-SI<br><br>**STIPULATION AND [P~~ROPOSED~~]**<br>**ORDER OF DISMISSAL**<br><br>Judge:       Hon. Susan Illston |

STIULATION AND ORDER OF DISMISSAL          Case No. 3:12-cv-05501-SI

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated and agreed, by and between plaintiffs/counterclaim-defendants Verinata Health, Inc. ("Verinata") and The Board of Trustees of the Leland Stanford Junior University ("Stanford"), on the one hand, and defendant/counterclaim-plaintiffs Laboratory Corporation of America Holdings ("LabCorp"), on the other hand (each a "Party," and, collectively, the "Parties"), through their undersigned counsel, as follows:

1. Without authorizing, permitting or consenting to, or granting any license or right in connection with any activity of Ariosa Diagnostics, Inc. within the claims of the patents-in-suit, all claims asserted in the above-captioned action by Verinata and Stanford against LabCorp shall be and hereby are dismissed in their entirety without prejudice and without costs or attorneys' fees to any Party as against another Party,

2. All affirmative defenses and counterclaims asserted in the above-captioned action by LabCorp against Verinata or Stanford shall be and hereby are dismissed in their entirety without prejudice and without costs or attorneys' fees to any Party as against the other Party.

Dated: March 3, 2014         WEIL, GOTSHAL & MANGES LLP

By: /s/ Edward R. Reines
Edward R. Reines
Attorneys for Plaintiffs
Verinata Health, Inc. and The Board of Trustees of the Leland Stanford Junior University

Dated: March 3, 2014         IRELL & MANELLA LLP

By: /s/ David I. Gindler
David I. Gindler
Attorneys for Defendants Ariosa Diagnostics, Inc. and Laboratory Corporation of America Holdings

1
2   **IT IS SO ORDERED.**
3   Dated: _____3/4/14_____
4                                                   _____
                                                    United States District Judge
5                                                   Susan Illston
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28