1  EDWARD R. REINES (Bar No.135960)          DAVID I. GINDLER (Bar No. 117824)
   edward.reines@weil.com                     (dgindler@irell.com)
2  DEREK C. WALTER (Bar No. 246322)           ANDREI IANCU (Bar No.184973)
   derek.walter@weil.com                      (aiancu@irell.com)
3  MICHELE A. GAUGER (Bar No. 281769)         JOSH B. GORDON (Bar No. 244818)
   michele.gauger@weil.com                    josh.gordon@irell.com
4  ANANT N. PRADHAN (Bar No. 287227)          SANDRA L. HABERNY (Bar No. 260977)
   anant.pradhan@weil.com                     shaberny@irell.com
5  WEIL, GOTSHAL & MANGES LLP                 IRELL & MANELLA LLP
   Silicon Valley Office                      1800 Avenue of the Stars
6  201 Redwood Shores Parkway                 Suite 900
   Redwood Shores, CA  94065                  Los Angeles, CA 90067
7  Telephone: (650) 802-3000                  Telephone:  (310) 277-1010
   Facsimile: (650) 802-3100                  Facsimile:  (310) 203-7199
8
   Attorneys for Plaintiff and Counterclaim   Attorneys for Defendant and Counterclaim
9  Defendants                                 Plaintiff
   VERINATA HEALTH, INC., THE                 ARIOSA DIAGNOSTICS, INC.
10 BOARD OF TRUSTEES OF THE
   LELAND STANFORD JUNIOR
11 UNIVERSITY, and ILLUMINA, INC.

12              **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14

15 VERINATA HEALTH, INC.,                     Case No. 3:12-cv-05501-SI

16              and                           **STIPULATED CASE SCHEDULE**

17 THE BOARD OF TRUSTEES OF THE
   LELAND STANFORD JUNIOR                     Judge:  Honorable Susan Illston
18 UNIVERSITY,

19              Plaintiffs and
                Counterclaim-Defendants,
20
           v.
21
   ARIOSA DIAGNOSTICS, INC.,
22
                and
23
   LABORATORY CORPORATION OF
24 AMERICA HOLDINGS,

25
                Defendants and
26              Counterclaim-Plaintiffs.

27

28

STIPULATED CASE SCHEDULE

1  | ILLUMINA, INC.,

2  |                     Plaintiff,

3  |           v.

4  | ARIOSA DIAGNOSTICS, INC.,

5  |                     Defendant.

6  | ARIOSA DIAGNOSTICS, INC.,

7  |                     Defendant and Counterclaim-
   |                     Plaintiff,

8  |           v.

9  | ILLUMINA, INC.,

10 |                     Plaintiff and Counterclaim-
   |                     Defendant.

Case No. 3:14-cv-01921-SI

**STIPULATED CASE SCHEDULE**

Judge:  Honorable Susan Illston

1    Pursuant to the Court's June 5, 2014 Order consolidating Case No. 14-01921 (*Illumina,*
2 *Inc. v. Ariosa Diagnostics, Inc.*) with Case No. 12-05501 (*Verinata Health, Inc. et al. v. Ariosa*
3 *Diagnostics, Inc. et al.*) and requiring the submission of a proposed case schedule, Illumina, Inc.,
4 Verinata Health, Inc., The Board Of Trustees Of The Leland Stanford Junior University
5 (collectively, "Plaintiffs") and Ariosa Diagnostics, Inc. ("Ariosa") jointly submit this stipulation
6 regarding the case schedule.

7 **I.    PRELIMINARY STATEMENT**

8    The parties in these consolidated actions have met and conferred, and have agreed to the
9 case schedule presented below.  The schedule is based upon the hearing and trial dates set by the
10 Court.

11 **II.    STIPULATED CASE SCHEDULE**

| Event | Date |
|---|---|
| Disclosure of Asserted Claims and Infringement Contentions and accompanying document production by Patentee<br><br>[Pat. L.R. 3-1 & 3-2] | June 20, 2014 |
| Invalidity Contentions and accompanying document production by accused infringer<br><br>[Pat. L.R. 3-3 & 3-4] | July 18, 2014 |
| Exchange of Proposed Terms and Claim Elements for Construction<br><br>[Pat. L.R. 4-1] | August 1, 2014 |

| Event | Date |
|---|---|
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence<br><br>[Pat. L.R. 4-2] | August 22, 2014 |
| Filing of Joint Claim Construction and Pre-Hearing Statement<br><br>[Pat. L.R. 4-3] | September 12, 2014 |
| Completion of Claim Construction Discovery<br><br>[Pat. L.R. 4-4] | October 8, 2014 |
| Status Conference with the Court<br><br>- Discuss Tutorial Mechanics<br>- Discuss Markman Hearing Mechanics | October 10, 2014 |
| Opening Claim Construction Brief by Patentee<br><br>[Pat. L.R. 4-5(a)] | October 24, 2014 |
| Responsive Claim Construction Brief by accused infringer<br><br>[Pat. L.R. 4-5(b)] | November 7, 2014 |
| Reply Claim Construction Brief by Patentee<br><br>[Pat. L.R. 4-5(c)] | November 14, 2014 |

| Event | Date |
|---|---|
| Technology Tutorial | December 4, 2014 at 3:30 p.m. |
| Claim Construction Hearing [Pat. L.R. 4-6] | December 11, 2014 at 3:30 p.m. |
| Status Conference with the Court | At the Court's convenience |
| Accused infringer's last day to produce opinions of counsel and/or serve privilege log re same [Pat. L.R. 3-7] | 50 days after *Markman* ruling |
| Fact Discovery Cut-off | February 20, 2015 |
| Opening Expert Reports for which party bears the burden | February 27, 2015 |
| Rebuttal Expert Reports | March 27, 2015 |
| Expert Discovery Cut-off | April 24, 2015 |
| Last day to file dispositive motions | May 1, 2015 |
| Last day to file dispositive motion opposition brief [Civil L.R. 7-3(a)] | May 15, 2015 |
| Last day to file dispositive motion reply brief [Civil L.R. 7-3(c)] | May 22, 2015 |
| Last Day for Dispositive Motions to Heard [Civil L.R. 7-2] | June 5, 2015 |

| Event | Date |
|---|---|
| Last day to file Joint Pretrial Conference Statement, trial witness list and summary of proposed testimony, deposition and written discovery designations, jury instructions, admissibility stipulations, motions *in limine*, and trial exhibits/objections<br><br>[Judge Illston's Pretrial Instruction Nos. 1, 2, 3, 5(b), 6] | June 30, 2015 |
| Last day to file responses to motions *in limine*<br><br>[Judge Illston's Pretrial Instruction No. 6] | July 7, 2015 |
| Pretrial Conference | July 14, 2015 |
| Trial | July 27, 2015 |

Respectfully submitted,

Dated:  July 10, 2014                    WEIL, GOTSHAL & MANGES LLP


By:___/s/ Derek C. Walter_____
    Derek C. Walter
    Attorneys for Plaintiffs and Counterclaim-
    Defendants Verinata Health, Inc., The Board Of
    Trustees Of The Leland Stanford Junior University,
    and Illumina, Inc.

Dated:  July 10, 2014                    IRELL & MANELLA LLP


By:___/s/ David I. Gindler_____
    David I. Gindler
    Attorneys for Defendant and
    Counterclaim-Plaintiff
    Ariosa Diagnostics, Inc.

STIPULATED CASE SCHEDULE                  - 6 -                  Case Nos  3:12-cv-05501-SI;
                                                                          3:14-cv-01921-SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATION

I, Derek C. Walter, am the ECF User whose identification and password are being used to file this Stipulation.  In compliance with General Order 45.X.B, I hereby attest that David Gindler has concurred in this filing.

*/s/ Derek C. Walter*
Derek C. Walter

**IT IS SO ORDERED.**

Dated: ___7/11/14_____

_____
Honorable Susan Illston
United States District Court Judge