EDWARD R. REINES (Bar No.135960)
edward.reines@weil.com
DEREK C. WALTER (Bar No. 246322)
derek.walter@weil.com
MICHELE A. GAUGER (Bar No. 281769)
michele.gauger@weil.com
ANANT N. PRADHAN (Bar No. 287227)
anant.pradhan@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff and Counterclaim Defendants
VERINATA HEALTH, INC., THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, and ILLUMINA, INC.

DAVID I. GINDLER (Bar No. 117824)
(dgindler@irell.com)
ANDREI IANCU (Bar No.184973)
(aiancu@irell.com)
JOSH B. GORDON (Bar No. 244818)
josh.gordon@irell.com
SANDRA L. HABERNY (Bar No. 260977)
shaberny@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

Attorneys for Defendant and Counterclaim Plaintiff
ARIOSA DIAGNOSTICS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERINATA HEALTH, INC.,<br><br>and<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>    Plaintiffs and Counterclaim-Defendants,<br><br>    v.<br><br>ARIOSA DIAGNOSTICS, INC.,<br><br>and<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>    Defendants and Counterclaim-Plaintiffs. | Case No. 3:12-cv-05501-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PATENT LOCAL RULE 4-2 AND 4-3 DEADLINES** |

| | | |
|---|---|---|
| 1 | ILLUMINA, INC., | Case No. 3:14-cv-01921-SI |
| 2 | Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND PATENT LOCAL RULE 4-2 AND 4-3 DEADLINES** |
| 3 | v.<br>ARIOSA DIAGNOSTICS, INC., | |
| 4 | Defendant. | |
| 5 | | |
| 6 | ARIOSA DIAGNOSTICS, INC., | |
| 7 | Defendant and Counterclaim-Plaintiff, | |
| 8 | v. | |
| 9 | ILLUMINA, INC., | |
| 10 | Plaintiff and Counterclaim-Defendant. | |

Plaintiff and Counterclaim-Defendant Illumina, Inc. ("Illumina") and Defendant and Counterclaim-Plaintiff Ariosa Diagnostics, Inc. ("Ariosa") (collectively, the "Parties") by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court entered an order setting the Parties' Stipulated Case Schedule on July 11, 2014;

WHEREAS, the Parties exchanged their Proposed Terms and Claim Elements for Construction pursuant to Patent L. R. 4-1 on August 1, 2014;

WHEREAS, the deadline for each party to serve its Preliminary Claim Constructions and Extrinsic Evidence pursuant to Patent L. R. 4-2 is August 22, 2014;

WHEREAS, the deadline for the Parties to file a Joint Claim Construction Statement pursuant to Patent L. R. 4-3 is September 12, 2014;

WHEREAS, the Parties agree that the deadline for each party to serve its Preliminary Claim Construction and Extrinsic Evidence pursuant to Patent L. R. 4-2 should be extended to September 8, 2014;

WHEREAS, the Parties agree that the deadline for the Parties to file a Joint Claim Construction Statement pursuant to Patent L. R. 4-3 should be extended to September 19, 2014;

WHEREAS, the Parties agree that the proposed extensions of deadlines pursuant to Patent L.R. 4-2 and 4-3 will not change any other dates set by the Court's July 11, 2014 Order, or be used by any Party for any purpose, including to argue at any time in favor of changing any other dates set by the Court's July 11, 2014 Order.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, and subject to the Court's approval, that:

   a) each Party shall serve its Preliminary Claim Constructions and Extrinsic Evidence pursuant to Patent L. R. 4-2 on September 8, 2014;

   b) the Parties shall file a Joint Claim Construction Statement pursuant to Patent L. R. 4-3 on September 19, 2014; and

c) the foregoing extensions of deadlines pursuant to Patent L.R. 4-2 and 4-3 will not change any other dates set by the Court's July 11, 2014 Order, or be used by any Party for any purpose, including to argue at any time in favor of changing any other dates set by the Court's July 11, 2014 Order.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Respectfully submitted,

Dated: August 19, 2014    WEIL, GOTSHAL & MANGES LLP

By:   /s/ Derek C. Walter
   Derek C. Walter
   Attorneys for Plaintiffs and Counterclaim-Defendants Verinata Health, Inc., The Board Of Trustees Of The Leland Stanford Junior University, and Illumina, Inc.

Dated: August 19, 2014    IRELL & MANELLA LLP

By:   /s/ David I. Gindler
   David I. Gindler
   Attorneys for Defendant and Counterclaim-Plaintiff Ariosa Diagnostics, Inc.

**CERTIFICATION**

I, Sandra L. Haberny, am the ECF User whose identification and password are being used to file this Stipulation.  In compliance with General Order 45.X.B, I hereby attest that Derek Walter has concurred in this filing.

**IT IS SO ORDERED.**

Dated: 8/22/14

Honorable Susan Illston
United States District Court Judge