UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERINATA HEALTH, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARIOSA DIAGNOSTICS, INC,<br><br>　　　　Defendant. | Case No. 12-cv-05501-SI<br><br>Related Case No. 14-cv-1421-SI<br><br>**ORDER DISMISSING MOTIONS PENDING THE STAY**<br><br>Re: Dkt. Nos. 179, 189 |

On February 2, 2015, the Court granted Ariosa's third motion to stay. Docket No. 229. In its order, the Court deferred ruling on Ariosa's motions for leave to amend its invalidity contentions, and for leave to file a third amended answer and counterclaims during the pendency of the stay. Docket Nos. 179, 189. The Court now DISMISSES these motions, without prejudice to refiling upon the stay being lifted.

**IT IS SO ORDERED.**

Dated: March 9, 2015

　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge