UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERINATA HEALTH, INC., et al.,

    Plaintiffs,

    v.

ARIOSA DIAGNOSTICS, INC,

    Defendant.

Case No.  12-cv-05501-SI

**ORDER RE: MOTIONS TO SEAL**

Re: Dkt. Nos. 236, 238

On April 24, 2015, the Court granted in part and denied in part the parties motions to seal twenty-nine separate documents. Docket No. 231. In its order, the Court denied the parties' motion as to three documents, and provided specific reasons as to why each document was not sealable. The Court also ordered four documents stricken and refiled as they contained redacted portions that did not match the redactions referenced in the supporting declarations. *Id.* The parties now renew their motions to file under seal in light of the Court's prior order.

The Court finds that the parties have adequately remedied the defects outlined in the Court's prior order, and therefore **GRANTS** their motions to seal.

**IT IS SO ORDERED.**

Dated: May 14, 2015

_____

SUSAN ILLSTON
United States District Judge