1  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
2  DEREK C. WALTER (Bar No. 246322)
   derek.walter@weil.com
3  MICHELE A. GAUGER (Bar No. 281769)
   michele.gauger@weil.com
4  ANANT N. PRADHAN (Bar No. 287227)
   anant.pradhan@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
6  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
7  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
8
   Attorneys for Plaintiffs and Counterclaim Defendants
9  ILLUMINA, INC., VERINATA HEALTH, INC. and
   THE BOARD OF TRUSTEES OF THE LELAND
10 STANFORD JUNIOR UNIVERSITY

11                **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13                       **SAN FRANCISCO DIVISION**

| | |
|---|---|
| VERINATA HEALTH, INC. and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>            Plaintiffs,<br>       v.<br><br>ARIOSA DIAGNOSTICS, INC. and LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>            Defendants. | Lead Case No. 3:12-cv-05501<br>Related Case No. 3:14-cv-01921-SI<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**<br><br>Judge:  Honorable Susan Illston |
| ILLUMINA, INC.,<br><br>            Plaintiff,<br>       v.<br><br>ARIOSA DIAGNOSTICS, INC.,<br><br>            Defendant. | |

---

Notice is hereby given that Plaintiff Illumina, Inc. intends to appeal pursuant to 9 U.S.C. § 16 to the United States Court of Appeals for the Federal Circuit from the August 31, 2015 Order entered by the District Court in this matter Denying Plaintiff's Motion to Compel Arbitration (Dkt. No. 266 in Case No. 12-cv-05501).

Dated:   August 31, 2015                                     Respectfully submitted,

By:   */s/ Edward R. Reines*
Edward R. Reines

WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000

*Attorney for Plaintiff and Counterclaim Defendant*
ILLUMINA, INC