UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERINATA HEALTH, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARIOSA DIAGNOSTICS, INC, et al.,<br><br>    Defendants. | Case No. 12-cv-05501-SI (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 17, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 3, 2017.

DESIGNATION OF EXPERTS: May 5, 2017; REBUTTAL: June 2, 2017;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: June 30, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; July 7, 2017;
    Opp. Due: July 21, 2017; Reply Due: July 28, 2017;
    and set for hearing no later than August 11, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 19, 2017 at 3:30 PM.

JURY TRIAL DATE: October 2, 2017 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The deadline for document production is January 13, 2017 and the deadline for deposition notices is January 31, 2017.
Defendant Roche may be allowed to receive discovery and shall be subject to the protective order filed in this case.

Counsel shall be prepared to discuss an ADR procedure at the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated:   10/31/16

_____
SUSAN ILLSTON
United States District Judge