NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

In re: **VERINATA HEALTH, INC., ILLUMINA, INC.**,
*Petitioners*

_____

2017-109

_____

On Petition for Writ of Mandamus to the United States District Court for the Northern District of California in No. 3:12-cv-05501-SI, Judge Susan Y. Illston.

_____

**ON PETITION**

_____

Per Curiam.

**O R D E R**

Verinata Health, Inc. and Illumina, Inc. submit a petition for a writ of mandamus asking this court to direct the United States District Court for the Northern District of California to vacate its January 19, 2017 order and grant petitioners' motion to strike respondents' invalidity contentions under 35 U.S.C. § 315(e)(2).

Upon consideration thereof,

It Is Ordered That:

Respondents are directed to respond to the petition no later than seven days from the date of filing of this order.

2                                                                              IN RE: VERINATA HEALTH, INC.

Any reply to the response must be filed no later than three days from the date of filing of the response.

                                                            FOR THE COURT

                                                            /s/ Peter R. Marksteiner
                                                            Peter R. Marksteiner
                                                            Clerk of Court

s19