IRELL & MANELLA LLP
David I. Gindler (117824)
dgindler@irell.com
Andrei Iancu (184973)
aiancu@irell.com
Sandra Haberny (260977)
shaberny@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendant and Counterclaim
Plaintiff ARIOSA DIAGNOSTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERINATA HEALTH, INC., <br><br>and<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, <br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>ARIOSA DIAGNOSTICS, INC.,<br><br>and<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>Defendants and Counterclaim-Plaintiffs. | Lead Case No. 3:12-cv-05501-SI<br>Case No. 3:14-cv-01921-SI<br>Case No. 3:15-cv-02216-SI<br><br>**[PROPOSED] ORDER GRANTING ARIOSA DIAGNOSTICS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT 3 AND PORTIONS OF EXHIBITS 5-8 TO DECLARATION OF SANDRA HABERNY IN SUPPORT OF ARIOSA'S PORTION OF PLAINTIFFS' LETTER SEEKING TO COMPEL DEPOSITIONS OF DRS. JACOB ZAHN AND ERIC WANG** |
| ILLUMINA, INC.,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>ARIOSA DIAGNOSTICS, INC.,<br><br>Defendant and Counterclaim-Plaintiff. | Judge: Hon. Susan Illston<br>Location: Courtroom 1, 17th Floor |

[PROPOSED] ORDER

Case No. 3:12-cv-05501-SI
Case No. 3:14-cv-01921-SI
Case No. 3:15-cv-02216-SI

| | |
|---|---|
| 1 | ILLUMINA, INC., |
| 2 | Plaintiff and Counterclaim-Defendant, |
| 3 | |
| 4 | v. |
| 5 | ARIOSA DIAGNOSTICS, INC. and ROCHE MOLECULAR SYSTEMS, INC., |
| 6 | Defendants and Counterclaim-Plaintiffs. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court has received Defendant and Counterclaim Plaintiff Ariosa Diagnostics, Inc.'s ("Ariosa") Administrative Motion to File Under Seal Exhibit 3 and Portions of Exhibits 5-8 ("Exhibits") to the Declaration of Sandra Haberny in Support of Ariosa's Portion of Plaintiffs' Letter Seeking to Compel Depositions of Drs. Jacob Zahn and Eric Wang. Because portions of the Exhibits contain sealable information pursuant to Local Rule 79-5, Ariosa's Motion to Seal is GRANTED as set forth below.

IT IS HEREBY ORDERED THAT:

Exhibit 3 shall be filed under seal in its entirety.

The following portions of Exhibit 5 (10-17-14 Zahn Transcript) shall be filed under seal:

- **Page 319, line 16-page 320, line 11; page 320, lines 14-15; page 321, lines 3-8, 14-25; page 411, line 9-page 413, line 14; page 413, line 21-page 421, line 25; page 442, lines 1-7.**

The following portions of Exhibit 6 (Wang Transcript) shall be filed under seal:

- **Page 5, lines 10-11; page 25, line 1-page 40, line 25; page 113, lines 6-10, 12, 18-20.**

The following portions of Exhibit 7 (Oliphant Transcript) shall be filed under seal:

- **Page 5, lines 10-13; page 37, line 3-page 38, line 2; page 39, line 1-page 45, line 2; page 47, line 25-page 49, line 1; page 55, line 1-page 56, line 12; page 56, lines 18-21; page 57, lines 3-23; page 58, line 6-page 60, line 25; page 73, line 1-page 76, line 25; page 101, line 1-page 104, line 25; page 109, line 1-page 116, line 25; page 125, lines 1-4; page 125, line 22-page 126, line 13; page 126, line 18-127, line 15; page 127, line 25-page 136, line 25; page 141, line 1-page 144, line 15; page 211, lines 6-7; page 213, lines 4-5, 8-17; page 214, line 17-page 215, line 6; page 216, lines 11-14; page 217, line 24-page 218, line 4; page 219, line 9-page 220, line 25; page 277, lines 3-23; page 278, lines 3-4, 7-13; page 278, line 22-page 279, line 12; page 279, line 22-page 281, line 21; page 282, lines 20-21, 23-24; page 283, line 12-page 284, line 25; page 289, lines 1-2; page 289, line 6-page 290, line 1**.

1     The following portions of Exhibit 8 (8-1-14 Zahn Transcript) shall be filed under seal:

2       • **Page 122, lines 9-10, 19-22.**

4     **IT IS SO ORDERED.**

6   Dated:   3/8/17

                                      Hon. Susan Illston
                                      United States District Judge