EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
DEREK C. WALTER (Bar No. 246322)
derek.walter@weil.com
MICHELE A. GAUGER (Bar No. 281769)
michele.gauger@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
and Counterclaim Defendant
and ILLUMINA, INC.

ROBERT J. GUNTHER, JR. (NYS Bar No. 1967652)
robert.gunther@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888

KEITH SLENKOVICH (Bar No. 129793)
keith.slenkovich@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Defendant and Counterclaim
Plaintiff ROCHE MOLECULAR SYSTEMS, INC.

DAVID I. GINDLER (Bar No. 117824)
dgindler@irell.com
ANDREI IANCU (Bar No. 184973)
aiancu@irell.com
SANDRA L. HABERNY (Bar No. 260977)
shaberny@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendant
and Counterclaim Plaintiff
ARIOSA DIAGNOSTICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

CASE NO. 3:12-CV-05501-SI
CASE NO. 3:14-CV-01921-SI
CASE NO. 3:15-CV-02216-SI

STIPULATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ILLUMINA, INC.,

             Plaintiff,

             v.

ARIOSA DIAGNOSTICS, INC. and ROCHE MOLECULAR SYSTEMS, INC.,

             Defendants.

Lead Case No. 3:12-cv-05501-SI
Case No. 3:15-cv-02216-SI

**STIPULATION REGARDING DISCOVERY AND DEFENDANT ENTITIES**

1    WHEREAS in the above-captioned litigation ("the Litigation"), Plaintiff Illumina, Inc.

2    ("Illumina") has named as Defendants Ariosa Diagnostics, Inc.  ("Ariosa") and Roche Molecular

3    Systems, Inc. ("RMS");

4    WHEREAS Illumina alleges in its First Amended Complaint (Case No. 3:15-cv-02216-SI,

5    Dkt. No. 17) that Ariosa is an alter ego or agent of RMS;

6    WHEREAS Ariosa and RMS have denied these allegations;

7    WHEREAS the parties desire to streamline issues in the Litigation and avoid unnecessary

8    discovery on Illumina's alter ego and agency allegations; and

9    WHEREAS the parties agree that, subject to the terms of this Stipulation, Ariosa will be

10   deemed the party responsible for the conduct that Illumina has accused of infringing the asserted

11   claims of the patents-in-suit, including any such accused conduct by the Roche entities;

12   IT IS HEREBY STIPULATED by the parties hereto, subject to the approval of the Court,

13   as follows:

14   1.    Solely for purposes of the Litigation, Illumina, Ariosa, and RMS agree that Ariosa

15   will be deemed the Defendant responsible for the conduct that Illumina has accused of infringing

16   the asserted claims of the patents-in-suit and Illumina need not put on proof regarding which specific

17   Roche entity (if any other than Ariosa) is responsible for such conduct, including any damages

18   caused by such conduct.

19   2.    Solely for purposes of the Litigation, Ariosa and RMS agree that, to the extent

20   Illumina is relying on an act by or statement from Roche made on or after January 12, 2015 (which

21   is the date when Roche's acquisition of Ariosa was completed), neither Ariosa nor RMS will object

22   to the admission of such statement in any proceeding in the Litigation, including trial, on the basis

23   of the corporate distinction between Ariosa and Roche.  Ariosa and RMS reserve all rights to object

24   to any such proposed evidence for any other reason, including, without limitation, lack of relevance

25   or lack of foundation.

26   3.    Illumina agrees that, in the Litigation, it will no longer pursue the alter ego and

27   agency theories alleged in its First Amended Complaint (Case No. 3:15-cv-02216-SI, Dkt. No. 17),

28

STIPULATION                                          - 1 -

and further agrees to forego any further discovery regarding the relationship between Ariosa and any other Roche entity. Accordingly, RMS is dismissed from the Litigation but will be deemed a party to any judgment to the same extent as Ariosa.

4. The parties agree that Ariosa shall be permitted to pursue any defenses and counterclaims that have previously been raised by RMS in the Litigation, including, without limitation, the prior art invalidity defenses that remain available to RMS as a result of the Court's Order on Plaintiffs' motion to strike portions of Defendants' invalidity contentions (Case No. 3:12-cv-05501-SI, Dkt. 319) subject to any modifications to that Order made by the Court.

5. The parties agree that the jury in the Litigation shall not be advised of the fact of this stipulation or the fact that RMS has agreed to be deemed a party to any judgment to the same extent as Ariosa. The parties agree to defer, for resolution in the future, the issue of what should be communicated to the jury, whether by jury instruction or otherwise, with respect to the relationship between Ariosa and Roche. However, the parties agree that the jury may be informed that Ariosa is a Roche subsidiary.

6. This stipulation and order does not purport to regulate the arguments and evidence that may be submitted relating to the contractual counterclaims.

Dated: April 28, 2017                          WEIL, GOTSHAL & MANGES LLP

                                               By:   _/s/ Edward R. Reines_____

                                               Attorneys for Illumina


Dated: April 28, 2017                          IRELL & MANELLA LLP

                                               By:   _/s/ Andrei Iancu_____

                                               Attorneys for Ariosa Diagnostics, Inc.

Dated: April 28, 2017                          WILMER CUTLER PICKERING
                                               HALE AND DORR LLP

1

2

By:   _/s/ Robert J. Gunther_

Attorneys for Roche Molecular Systems, Inc.

3

4

**IT IS SO ORDERED.**

5

6

Dated: _____, 2017

7

_____

Honorable Susan Illston
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28