1  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
2  DEREK C. WALTER (Bar No. 246322)
   derek.walter@weil.com
3  MICHELE A. GAUGER (Bar No. 281769)
   michele.gauger@weil.com
4  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
5  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
6  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
7
   Attorneys for Plaintiffs and Counterclaim
8  Defendants ILLUMINA, INC. and VERINATA
   HEALTH, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VERINATA HEALTH, INC.,<br><br>and<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY<br><br>   Plaintiffs and<br>   Counterclaim-Defendants,<br><br> v.<br><br>ARIOSA DIAGNOSTICS, INC.,<br><br>and<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>   Defendants and<br>   Counterclaim-Plaintiffs.<br><br>ILLUMINA, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>ARIOSA DIAGNOSTICS, INC.,<br><br>   Defendant. | Case No. 3:12-cv-05501-SI (consolidated with Case No. 3:14-cv-01921-SI and Case No. 3:15-cv-02216-SI)<br><br>**ILLUMINA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS AND COUNTERCLAIM DEFENDANTS ILLUMINA, INC. AND VERINATA HEALTH, INC.'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS 1, 3-4, 10, 12-16, 19, 23-24, 26-33 THERETO**<br><br>Judge:  Hon. Susan Illston |

1  ILLUMINA, INC.,
2              Plaintiff,
3       v.
4  ARIOSA DIAGNOSTICS, INC., AND ROCHE MOLECULAR SYSTEMS, INC.,
5              Defendants.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Plaintiff Illumina, Inc. ("Illumina") submits this administrative motion for a sealing order
2 pursuant to Civil Local Rule 79-5.  Illumina respectfully requests that the Court permit portions
3 of Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health, Inc.'s Motion for
4 Summary Judgment and Exhibits 1, 3-4, 10, 12-16, 19, 23-24, 26-33 thereto to be filed under
5 seal. This motion is based on the points and authorities herein, and on the accompanying
6 Declaration of Derek Walter in Support of Illumnia's Administrative Motion to File Under Seal.

7    Portions of Illumina, Inc.'s Notice of Motion and Motion for Summary Judgment refer to
8 and quote material that is designated as Highly Confidential – Outside Attorneys' Eyes Only
9 pursuant to the protective order in Case No. 12-05501, Dkt. No. 52; Case No. 14-01921, Dkt. No.
10 41. The specific material that has been designated as such is described below.  Where this
11 information constitutes Illumina's confidential information, Illumina has shown why this material
12 should remain sealed.  On the other hand, where the information constitutes Ariosa's confidential
13 information, Illumina understands that Ariosa will submit a declaration establishing that the
14 material should remain sealed.  Accordingly, Illumina respectfully requests that the Court permit
15 the redacted portions of Illumina, Inc.'s Notice of Motion and Motion for Summary Judgment to
16 be filed under seal.  *See* Walter Decl. ¶ 2.

17    Exhibit 1 to Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health,
18 Inc.'s Motion for Summary Judgment is a true and correct copy of excerpted pages from Arnold
19 Oliphant's Deposition Transcript, taken on January 22, 2015. Ariosa Diagnostics, Inc., ("Ariosa")
20 has previously designated portions of Exhibit 1 as "Highly Confidential – Outside Attorneys'
21 Eyes Only" pursuant to the protective order Case No. 12-05501, Dkt. No. 52; Case No. 14-01921,
22 Dkt. No. 41.  Ariosa has previously provided a redacted copy of this transcript. Ariosa has
23 previously agreed that the unredacted portions can be seen publicly, but has maintained that the
24 redacted portions should remain sealed.  Accordingly, Illumina respectfully requests that the
25 Court permit Exhibit 1 to be filed under seal.  *See id.*  ¶ 3.

26    Exhibit 3 to Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health,
27 Inc.'s Motion for Summary Judgment is true and correct copy of excerpted pages from John
28 Stuelpnagel's Deposition Transcript, taken on February 24, 2017. Ariosa has designated Exhibit 3

1 as "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order Case No. 12-
2 05501, Dkt. No. 52; Case No. 14-01921, Dkt. No. 41.  Because Ariosa has designated the
3 transcript as such, Illumina respectfully requests that the Court permit Exhibit 3 to be filed under
4 seal.  *See id.  ¶* 4.

5   Exhibit 4 to Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health,
6 Inc.'s Motion for Summary Judgment is a true and correct copy of excerpted pages for Ariosa
7 Diagnostics, Inc.'s Objections and Responses to Plaintiffs' Fifth Set of Interrogatories to Ariosa
8 Diagnostics, Inc., Case No. 3:12-cv-05501-SI, served on September 24, 2014. Ariosa has
9 designated Exhibit 4 as "Highly Confidential – Outside Attorneys' Eyes Only" pursuant to the
10 protective order Case No. 12-05501, Dkt. No. 52; Case No. 14-01921, Dkt. No. 41.  Because
11 Ariosa has designated the discovery response as such, Illumina respectfully requests that the
12 Court permit Exhibit 4 to be filed under seal.  *See id.  ¶* 5.

13   Exhibit 10 to Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health,
14 Inc.'s Motion for Summary Judgment is a true and correct copy of excerpted pages of Dr. Charles
15 R. Cantor's Opening Expert Report, dated June 2, 2017. Ariosa has previously designated
16 portions of Exhibit 10 as "Highly Confidential – Outside Attorneys' Eyes Only" pursuant to the
17 protective order Case No. 12-05501, Dkt. No. 52; Case No. 14-01921, Dkt. No. 41.  Ariosa has
18 previously provided a redacted copy of this expert report. Ariosa has previously agreed that the
19 unredacted portions can be seen publicly, but has maintained that the redacted portions should
20 remain sealed.  Accordingly, Illumina respectfully requests that the Court permit Exhibit 10 to be
21 filed under seal.  *See id.  ¶* 6.

22   Exhibit 12 to Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health,
23 Inc.'s Motion for Summary Judgment is a true and correct copy of excerpted pages of Dr.
24 Gregory Cooper's Expert Report, dated June 2, 2017. Ariosa has designated Exhibit 12 as
25 "Highly Confidential – Outside Attorneys' Eyes Only" pursuant to the protective order Case No.
26 12-05501, Dkt. No. 52; Case No. 14-01921, Dkt. No. 41.  Because Ariosa has designated the
27 report as such, Illumina respectfully requests that the Court permit Exhibit 12 to be filed under
28 seal.  *See id.  ¶* 7.

1  Exhibit 13 to Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health,
2  Inc.'s Motion for Summary Judgment is a true and correct copy of excerpted pages from Dr.
3  Gregory Cooper's Deposition Transcript, taken on July 26, 2017.  Ariosa has designated Exhibit
4  13 as "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order Case No.
5  12-05501, Dkt. No. 52; Case No. 14-01921, Dkt. No. 41.  Because Ariosa has designated the
6  transcript as such, Illumina respectfully requests that the Court permit Exhibit 13 to be filed under
7  seal. *See id.* ¶ 8.

8  Exhibit 14 to Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health,
9  Inc.'s Motion for Summary Judgment is a true and correct copy of excerpted pages from John
10 Quackenbush's Deposition Transcript, taken on August 15, 2017. Ariosa has designated Exhibit
11 14 as "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order Case No.
12 12-05501, Dkt. No. 52; Case No. 14-01921, Dkt. No. 41.  Because Ariosa has designated the
13 transcript as such, Illumina respectfully requests that the Court permit Exhibit 14 to be filed under
14 seal. *See id.* ¶ 9.

15 Exhibit 15 to Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health,
16 Inc.'s Motion for Summary Judgment is a true and correct copy of excerpted pages of John
17 Quackenbush's Rebuttal Expert Report, dated July 7, 2017. Ariosa has designated Exhibit 15 as
18 "Highly Confidential – Outside Attorneys' Eyes Only" pursuant to the protective order Case No.
19 12-05501, Dkt. No. 52; Case No. 14-01921, Dkt. No. 41.  Because Ariosa has designated the
20 report as such, Illumina respectfully requests that the Court permit Exhibit 15 to be filed under
21 seal. *See id.* ¶ 10.

22 Exhibit 16 to Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health,
23 Inc.'s Motion for Summary Judgment is a true and correct copy of excerpted pages from Charles
24 R. Cantor's Deposition Transcript, taken on July 24, 2017. Ariosa has designated Exhibit 16 as
25 "Highly Confidential – Attorneys' Eyes Only" pursuant to the protective order Case No. 12-
26 05501, Dkt. No. 52; Case No. 14-01921, Dkt. No. 41.  Because Ariosa has designated the
27 transcript as such, Illumina respectfully requests that the Court permit Exhibit 16 to be filed under
28 seal. *See id.* ¶ 11.

1       Exhibit 19 to Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health, Inc.'s Motion for Summary Judgment is a true and correct copy of excerpted pages of Nicholas Godici's Expert Report, dated June 2, 2017. Ariosa has previously designated portions of Exhibit 19 as "Highly Confidential – Outside Attorneys' Eyes Only" pursuant to the protective order Case No. 12-05501, Dkt. No. 52; Case No. 14-01921, Dkt. No. 41. Ariosa has previously provided a redacted copy of this expert report. Ariosa has previously agreed that the unredacted portions can be seen publicly. Accordingly, Illumina respectfully requests that the Court permit Exhibit 19 to be filed under seal. *See id.* ¶ 12.

      Exhibit 23 to Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health, Inc.'s Motion for Summary Judgment is a true and correct copy of Ariosa Diagnostics, Inc.'s Third Amended Answer and Counterclaims, Case No. 3:15-cv-02216, filed on November 11, 2016. Both Ariosa and Illumina agree that the Supply Agreement contains highly sensitive, confidential terms of Illumina's relationship with Ariosa. The Agreement is marked "Confidential" and contains a confidentiality provision. Disclosure of these terms to competitors and potential customers would reveal information that is not publicly known regarding Illumina's business strategy and practices, and this presents a risk of substantial harm to Illumina. This Court has previously determined that this information is sealable. *See* Dkt. 32, 63 in Case No. 14-01921. Accordingly, Illumina respectfully requests that the Court permit Exhibit 23 to be filed under seal. *See id.* ¶ 13.

      Exhibit 24 to Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health, Inc.'s Motion for Summary Judgment is a true and correct copy of excerpted pages of Ariosa Diagnostics Inc.'s First Supplemental Response to Interrogatory No. 38, Case No. 3:14-cv-05501, served on March 27, 2017. Ariosa has designated Exhibit 24 as "Highly Confidential – Outside Attorneys' Eyes Only" pursuant to the protective order Case No. 12-05501, Dkt. No. 52; Case No. 14-01921, Dkt. No. 41. Because Ariosa has designated the discovery response as such, Illumina respectfully requests that the Court permit Exhibit 24 to be filed under seal. *See id.* ¶ 14.

1    Exhibit 26 to Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health, Inc.'s Motion for Summary Judgment is a true and correct copy of a signed Sale and Supply Agreement between Illumina and Aria Diagnostics, Inc. dated January 4, 2012, ILMNA00223216-ILMNA00223239. Exhibit 26 contains confidential information regarding Illumina, Inc.'s business, operations, transactions, corporate, and legal strategy that is not otherwise publicly known.  For example, information included in this agreement, such as transactional and confidential internal plans and projects, is not otherwise public information. There is no basis for the public dissemination of this information. Both Ariosa and Illumina agree that the Supply Agreement contains highly sensitive, confidential terms of Illumina's relationship with Ariosa. The Agreement is marked "Confidential" and contains a confidentiality provision. Disclosure of these terms to competitors and potential customers would reveal information that is not publicly known regarding Illumina's business strategy and practices, and this presents a risk of substantial harm to Illumina.  Illumina, Inc. designated this as "Outside Attorneys' Eyes Only Information" under the Stipulated Protective Order governing these proceedings. Case No. 12-05501, Dkt. No. 52; Case No. 14-01921, Dkt. No. 41. This Court has previously determined that this information is sealable. *See* Dkt. Nos. 32, 63 in Case No. 14-01921. Accordingly, Illumina respectfully requests that the Court permit Exhibit 26 to be filed under seal. *See id.* ¶ 15.

Exhibit 27 to Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health, Inc.'s Motion for Summary Judgment is a true and correct copy of excerpted pages of Dave Mullarkey's Deposition Transcript, taken on January 9, 2015.  Ariosa has designated Exhibit 27 as "Highly Confidential – Outside Attorneys' Eyes Only" pursuant to the protective order Case No. 12-05501, Dkt. No. 52; Case No. 14-01921, Dkt. No. 41.  Because Ariosa has designated the transcript as such, Illumina respectfully requests that the Court permit Exhibit 27 to be filed under seal. *See id.* ¶ 16.

Exhibit 28 to Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health, Inc.'s Motion for Summary Judgment is a true and correct copy of excerpted pages of Joe Gilliam's Deposition Transcript, taken on March 27, 2017.  Ariosa has designated Exhibit 28 as "Highly Confidential" pursuant to the protective order Case No. 12-05501, Dkt. No. 52; Case

1  No. 14-01921, Dkt. No. 41.  Because Ariosa has designated the transcript as such, Illumina
2  respectfully requests that the Court permit Exhibit 28 to be filed under seal.  *See id.* ¶ 17.

3  Exhibit 29 to Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health,
4  Inc.'s Motion for Summary Judgment is a true and correct copy of an email from Ken Song,
5  dated April 25, 2017, JPM_ARIOSA_00056.  Ariosa has designated Exhibit 29 as "Highly
6  Confidential – Outside Attorneys' Eyes Only" pursuant to the protective order Case No. 12-
7  05501, Dkt. No. 52; Case No. 14-01921, Dkt. No. 41.  Because Ariosa has designated this
8  production document as such, Illumina respectfully requests that the Court permit Exhibit 29 to
9  be filed under seal.  *See id.* ¶ 18.

10  Exhibit 30 to Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health,
11  Inc.'s Motion for Summary Judgment is a true and correct copy of excerpted pages from Ariosa
12  Diagnostics Inc.'s Objections and Response to Plaintiffs' Seventh Set of Interrogatories, Case
13  No. 3:12-cv-05501-SI, served on December 15, 2014.  Ariosa has designated Exhibit 30 as
14  "Highly Confidential – Outside Attorneys' Eyes Only" pursuant to the protective order Case No.
15  12-05501, Dkt. No. 52; Case No. 14-01921, Dkt. No. 41.  Because Ariosa has designated the
16  discovery response as such, Illumina respectfully requests that the Court permit Exhibit 30 to be
17  filed under seal.  *See id.* ¶ 19.

18  Exhibit 31 to Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health,
19  Inc.'s Motion for Summary Judgment is a true and correct copy of excerpted pages from Ariosa
20  Diagnostics Inc.'s Objections and Responses to Plaintiffs' Second Set of Request for Admission
21  to Ariosa Diagnostics, Inc. (Nos. 29-34) served on December 9, 2016.  Ariosa has designated
22  Exhibit 31 as "Highly Confidential – Outside Attorneys' Eyes Only" pursuant to the protective
23  order Case No. 12-05501, Dkt. No. 52; Case No. 14-01921, Dkt. No. 41.  Because Ariosa has
24  designated the discovery response as such, Illumina respectfully requests that the Court permit
25  Exhibit 31 to be filed under seal.  *See id.* ¶ 20.

26  Exhibit 32 to Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health,
27  Inc.'s Motion for Summary Judgment is a true and correct copy of excerpted pages from the
28  Deposition Transcript of Ken Song, taken on January 19, 2017.  Ariosa has designated Exhibit 32

as "Confidential Business Information – Attorneys' Eyes Only" pursuant to the protective order Case No. 12-05501, Dkt. No. 52; Case No. 14-01921, Dkt. No. 41. Because Ariosa has designated the transcript as such, Illumina respectfully requests that the Court permit Exhibit 32 to be filed under seal. *See id.* ¶ 21.

Exhibit 33 to Plaintiffs and Counterclaim Defendants Illumina, Inc. and Verinata Health, Inc.'s Motion for Summary Judgment is a true and correct copy of a presentation by J.P. Morgan for Citi entitled "Project Rapid–IPO Valuation," dated April 2-14, AD-VER-01177357-AD-VER-01177367. Ariosa has designated Exhibit 33 as Highly Confidential – Outside Attorneys' Eyes Only pursuant to the protective order Case No. 12-05501, Dkt. No. 52; Case No. 14-01921, Dkt. No. 41. Because Ariosa has designated the presentation as such, Illumina respectfully requests that the Court permit Exhibit 33 to be filed under seal. *See id.* ¶ 22.

Accordingly, Illumina respectfully requests that the Court permit portions of Plaintiffs And Counterclaim Defendants Illumina, Inc. and Verinata Health, Inc.'s Motion for Summary Judgment along with certain exhibits thereto to be filed under seal.

Respectfully submitted,

Dated: September 1, 2017   WEIL, GOTSHAL & MANGES LLP


By:   */s/ Derek C. Walter*
         Derek C. Walter

Attorneys for Plaintiffs and Counterclaim Defendants