EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
DEREK C. WALTER (Bar No. 246322)
derek.walter@weil.com
MICHELE A. GAUGER (Bar No. 281769)
michele.gauger@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiffs and Counterclaim Defendants ILLUMINA, INC. and VERINATA HEALTH, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERINATA HEALTH, INC., <br><br> and <br><br> THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> ARIOSA DIAGNOSTICS, INC., <br><br> and <br><br> LABORATORY CORPORATION OF AMERICA HOLDINGS, <br><br> Defendants and Counterclaim-Plaintiffs. | Case No. 3:12-cv-05501-SI (consolidated with Case No. 3:14-cv-01921-SI and Case No. 3:15-cv-02216-SI) <br><br> **[PROPOSED] ORDER GRANTING ILLUMINA INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBIT A TO THE JOINT DISCOVERY LETTER REGARDING THE DEPOSITION OF DR. JOHN QUACKENBUSH** <br><br> Judge: Hon. Susan Illston |
| ILLUMINA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARIOSA DIAGNOSTICS, INC., <br><br> Defendant. | |

PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL

CASE NO. 12-CV-05501-SI
CASE NO. 14-CV-01921-SI
CASE NO. 15-CV-02216-SI

1
2  ILLUMINA, INC.,
3              Plaintiff,
4       v.
5  ARIOSA DIAGNOSTICS, INC., and ROCHE MOLECULAR SYSTEMS, INC.,
6
7              Defendants.

28 PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL

CASE NO. 12-CV-05501-SI
CASE NO. 14-CV-01921-SI
CASE NO. 15-CV-02216-SI

1

1  Having considered Illumina, Inc.'s Motion To File Under Seal Portions of Exhibit A to the
2  parties' joint discovery letter regarding the deposition of Dr. John Quackenbush, the Court finds
3  that those portions of Exhibit A, at 28:2-4, 49:22-57:11, 58:3-8, 103:9-11, 103:15-16, 111:19-
4  112:18, and 117:19-20, contain materials that are sealable pursuant to Local Rule 79-5.
5  Accordingly, those portions of Exhibit A may be filed under seal. The Motion To File Under Seal
6  is hereby **GRANTED.**

**IT IS SO ORDERED.**

Dated: 9/14/17

_____
The Honorable Susan Illston
United States District Judge

---

PROPOSED ORDER GRANTING MOTION TO FILE
UNDER SEAL

CASE No. **12-CV-05501-SI**
CASE No. **14-CV-01921-SI**
CASE No. **15-CV-02216-SI**