UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** 10/12/17 | **Time:** 2 hours/38 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 12-cv-05501-SI | **Case Name:** Verinata Health, Inc., et al. v. Ariosa Diagnostics, Inc, et al. | |

**Attorney for Plaintiff:** Edward Reines, Derek Walter
**Attorney for Defendant:** David Gindler, Alan Heinrich, Sandra Haberny

**Deputy Clerk:** Tracy Kasamoto          **Court Reporter:** Rhonda Aquilina

**PROCEEDINGS**

**1**) Motions for Summary Judgment [395][416] - held

2) Motion to Strike [400] - held

3) Motion to Preclude Testimony of Greagory Cooper [401] - held

4) Motion Preclude the Testimony of James E. Malackowski [418] - held

5) Motion to Strike Portions of the Corrected Expert Report and Deposition Testimony of Gregory Cooper, Ph.D. and to Preclude Reliance Thereon [442] - held

Order to be prepared by:  ( )Pltf   ( )Deft   ( x )Court

Tentative Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART
( x ) SUBMITTED

Case continued to   @ **3:00 p.m.** for Further Case Management Conference

Case continued to   @ **9:00 a.m.**   for Motions
(Motion due:  , Opposition:  , Reply:  )

Case continued to   @ **3:30 p.m.**  for Pretrial Conference

Case continued to   @ **8:30 a.m.**  for  Trial  (  Days)
Discovery Cutoff:, Designate Experts by:,
Rebuttal Experts:, Expert Discovery Cutoff:

**SUMMARY**