UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERINATA HEALTH, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARIOSA DIAGNOSTICS, INC, et al.,<br><br>    Defendants. | Case No. 12-cv-05501-SI<br><br>**ORDER RE MOTION TO STRIKE PORTIONS OF THE EXPERT REPORT OF DR. CANTOR**<br><br>Re: Dkt. No. 518 |

Plaintiffs Illumina, Inc. and Verinata Health, Inc. move to strike portions of defendant Ariosa Diagnostic, Inc.'s expert Dr. Charles Cantor's report based on collateral estoppel. Dkt. No. 518. In particular, plaintiffs seek to strike Dr. Cantor's opinion that U.S. Patent Publication No. 2002/0172946 ("Fan"), in combination with U.S. Patent No. 6,316,229 ("Lizardi"), renders obvious U.S. Patent No. 7,955,794 ("the '794 patent"). *Id.* at 1. In response, Ariosa represents that it will not argue at trial that the combination of Fan and Lizardi renders obvious any claim of the '794 patent. Dkt. No. 553. Therefore, the Court DENIES the motion as moot.

**IT IS SO ORDERED**.

Dated: January 3, 2018

_____

SUSAN ILLSTON
United States District Judge