## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## TRIAL MINUTES

Date:  January 25, 2018

**The Honorable SUSAN ILLSTON**

**Clerk:**  Tracy Kasamoto                    **Court Reporter:**  Lydia Zinn

Time in Court:    :15

**Case No.:** 12-cv-05501-SI   **Case Name:** Verinata Health, Inc., et al. vs. Ariosa Diagnostics, Inc, et al.

**Counsel for Plaintiff: Edward Reines, Derek Walter, Hannah Jones, Christopher Cox Christopher Lavin**

**Counsel for Defendant: David Gindler, Lisa Glasser, Sandra Haberny, Alan Heinrich**

Trial Began:  1/8/18

Further Jury Deliberations:      Trial Ended:  1/25/18

**Trial Motions Heard**:

1.

3.

**Trial Witnesses/Other:**

**Verdict:**

**In favor of pltf. and against deft.**

**Sentencing Date:**

**Disposition of Exhibits**: Filed with the Clerk's Office (trial witness photos are contained with exhibits).