UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE SUSAN ILLSTON          Case No. 12-cv-05501-SI

CASE NAME: VERINATA HEALTH, INC., v. ARIOSA DIAGNOSTICS, INC.,

NOTE FROM THE JURY

Note No. __1__

Date __1/24/18__

Time __11:40 AM__

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

_Can we please get a transcript of trial?_

Dated: __1/24/18__

_____
Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>SUSAN ILLSTON</u>          Case No. <u>12-cv-05501-SI</u>

CASE NAME: <u>VERINATA HEALTH, INC., v. ARIOSA DIAGNOSTICS, INC.,</u>

<u>NOTE FROM THE JURY</u>

Note No. <u>2</u>

Date <u>1/24/18</u>

Time <u>3:40</u>

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

<u>May we have access to the slide presentations by James Malackowski and Ryan Sullivan?</u>

Dated: <u>1/24/18</u>                              <u>Eleanor Hurley</u>
                                                  Juror