UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERINATA HEALTH, INC., ET AL., <br> Plaintiffs. <br> v. <br> ARIOSA DIAGNOSTICS, INC, et al., <br> Defendants. | Case No. 12-cv-05501-SI <br><br> **JUDGMENT IN A CIVIL CASE** |

This action came on for trial before the jury, the Honorable Susan Illston, United States District Judge presiding.  The issues having been tried before the Court and verdict rendered on January 25, 2018.

IT IS ORDERED AND ADJUDGED that pursuant to the findings, judgment shall be entered in favor of plaintiff, Verinata Health Inc., et al. and against defendant Ariosa Diagnositics, Inc., et al..

**IT IS SO ORDERED AND ADJUDGED**

Dated: 1/26/18

_____
Honorable Susan Illston
U.S. District Judge