| | |
|---|---|
| 1  EDWARD R. REINES (Bar No. 135960)<br>edward.reines@weil.com<br>2  DEREK C. WALTER (Bar No. 246322)<br>derek.walter@weil.com<br>3  WEIL, GOTSHAL & MANGES LLP<br>Silicon Valley Office<br>4  201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>5  Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br>6<br>ROBERT T. VLASIS III (admitted *pro hac*<br>7  *vice*)<br>robert.vlasis@weil.com<br>8  WEIL, GOTSHAL & MANGES LLP<br>Washington DC Office<br>9  2001 M Street, NW, Suite 600<br>Washington, DC 20036<br>10 Telephone: (202) 682-7000<br>Facsimile: (202) 857-0940<br>11 Attorneys for Plaintiffs and Counterclaim-<br>Defendants<br>12 ILLUMINA, INC. and VERINATA HEALTH,<br>INC. | DAVID I. GINDLER (Bar No. 117824)<br>dgindler@irell.com<br>ALAN J. HEINRICH (Bar No. 212782)<br>aheinrich@irell.com<br>LISA S. GLASSER (Bar No. 223406)<br>lglasser@irell.com<br>SANDRA L. HABERNY (Bar No. 260977)<br>shaberny@irell.com<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>Attorneys for Defendant and Counterclaim-<br>Plaintiff<br>ARIOSA DIAGNOSTICS, INC. |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| VERINATA HEALTH, INC.,<br><br>and<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY<br><br>   Plaintiffs and<br>   Counterclaim-Defendants,<br><br>   v.<br><br>ARIOSA DIAGNOSTICS, INC.,<br><br>and<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>   Defendants and<br>   Counterclaim-Plaintiffs.<br><br>ILLUMINA, INC.,<br><br>   Plaintiff,<br><br>   v. | Case No. 3:12-cv-05501-SI (consolidated with Case No. 3:14-cv-01921-SI and Case No. 3:15-cv-02216-SI)<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE REVISED VERSIONS OF PLAINTIFF ILLUMINA, INC.'S MOTION FOR A PERMANENT INJUNCTION AND DECLARATION OF JEFFREY EIDEL IN SUPPORT OF PLAINTIFF ILLUMINA, INC.'S MOTION FOR A PERMANENT INJUNCTION**<br><br>Judge: Hon. Susan Illston |

1  ARIOSA DIAGNOSTICS, INC.,
2        Defendant.
3  ILLUMINA, INC.,
4        Plaintiff,
5     v.
6  ARIOSA DIAGNOSTICS, INC., AND ROCHE MOLECULAR SYSTEMS, INC.,
7        Defendants.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1       Plaintiff and counterclaim-defendant Illumina, Inc. ("Illumina") and defendant and counterclaim-plaintiff Ariosa Diagnostics, Inc. ("Ariosa") (collectively, the "Parties") by and through their respective counsel of record, hereby stipulate as follows:

      WHEREAS, on March 16, 2018, Illumina filed its Motion for a Permanent Injunction ("Motion") (D.I. 660), and supporting documents, including the Declaration of Jeffrey Eidel in Support of Plaintiff Illumina, Inc.'s Motion for a Permanent Injunction ("Eidel Declaration") (D.I. 660-1);

      WHEREAS, after the filing of the Motion and Eidel Declaration, the Parties met-and-conferred to discuss the confidentiality designations assigned to and scope of the redactions in the Motion and Eidel Declaration;

      WHEREAS, Illumina has amended the confidentiality designations and redactions to the Motion and Eidel Declaration; and

      WHEREAS, Illumina seeks to file with the Court revised public redacted versions of the Motion and Eidel Declaration.

      NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, and subject to the Court's approval, that:

      a) The revised Motion, filed as D.I. 666, shall be considered to be the public redacted version of the Motion replacing the previously-filed version at D.I. 660 and 659-3; and

      b) The revised Eidel Declaration, filed as D.I. 667, shall be considered to be the public redacted version of the Eidel Declaration replacing the previously-filed version at D.I. 660-1 and 659-5.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  April 2, 2018          WEIL, GOTSHAL & MANGES LLP


                               By:  /s/ Christopher S. Lavin
                                    Christopher S. Lavin
                                    Attorneys for Plaintiffs and Counterclaim-Defendants
                                    Illumina, Inc. and Verinata Health, Inc.


Dated:  April 2, 2018          IRELL & MANELLA LLP


                               By:  /s/ Sandra L. Haberny
                                    Sandra L. Haberny
                                    Attorneys for Defendant and Counterclaim-Plaintiff
                                    Ariosa Diagnostics, Inc.


### CERTIFICATION

I, Christopher S. Lavin, am the ECF User whose user name and password are being used to file this Stipulation.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Sandra L. Haberny has concurred in this filing.

                               By:  /s/ Christopher S. Lavin
                                    Christopher S. Lavin


**IT IS SO ORDERED.**


Dated: _____4/17/18_____        _____

                                        Honorable Susan Y. Illston
                                        United States District Judge

---

STIPULATION AND [PROPOSED] ORDER TO
FILE REVISED PI; EIDEL DECLARATION          2          CASE NO. 12-CV-05501-SI
                                                       CASE NO. 14-CV-01921-SI
                                                       CASE NO. 15-CV-02216-SI