# Weil, Gotshal & Manges LLP

**VIA CM/ECF**

201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
+1 650 802 3000 tel
+1 650 802 3100 fax

**Edward R. Reines**
+1 (650) 802-3022
edward.reines@weil.com

August 7, 2018

The Honorable Susan Y. Illston
United Stated District Court of the
    Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102-3489

Re:    *Verinata Health, Inc. et al v. Ariosa Diagnostics, Inc. et al* (Civ. A. No. 3:12-cv-05501-SI (N.D. Cal.) (Lead Case))

Dear Judge Illston:

Plaintiffs write to alert the Court that they do not believe that this litigation has arrived at a final judgment necessary for an appeal.

Plaintiffs sought prejudgment interest (Dkt. No. 662) and the Court did not grant or deny that request. The judgment is not final for appeal purposes until then. *Halo Elecs., Inc. v. Pulse Elecs., Inc.*, 857 F.3d 1347, 1352 (Fed. Cir. 2017) ("The district court never resolved the parties' dispute regarding the date from which to begin calculating prejudgment interest or set the amount of prejudgment interest to be awarded to Halo. As a result, there is no final decision because the district court has not 'determine[d], or specif[ied] the means for determining the amount' of prejudgment interest.") (citations omitted); *see also Dual-Temp of Illinois, Inc. v. Hench Control, Inc.*, 777 F.3d 429, 431 (7th Cir. 2015) ("We have reviewed the parties' jurisdictional memoranda and the motions papers, and we conclude that there is no final judgment for the defendants to appeal. The award of prejudgment interest makes up part of a plaintiff's damages. And the district court must quantify damages before a judgment can be final.") (citations omitted).

Plaintiffs have appealed from this Court's injunction, but resolution of this remaining issue, and the entry of an amended judgment that meets the final judgment rule, is necessary for an appeal from the judgment on the verdict. Plaintiffs are open to a teleconference, a live hearing or any other method to help reach a final judgment.

Defendants have not responded to Plaintiffs' request to address this issue jointly despite multiple requests over the last week plus.

The Honorable Susan Y. Illston
August 7, 2018
Page 2

**Weil, Gotshal & Manges LLP**

Respectfully Submitted,

*/s/ Edward R. Reines*
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
CHRISTOPHER J. COX (Bar No. 151650)
chris.cox@weil.com
DEREK C. WALTER (Bar No. 246322)
derek.walter@weil.com
CHRISTOPHER S. LAVIN (Bar No. 301702)
christopher.lavin@weil.com
HANNAH L. JONES (Bar No. 299418)
hannah.l.jones@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000

ROBERT T. VLASIS III (admitted *pro hac vice*)
robert.vlasis@weil.com
WEIL, GOTSHAL & MANGES LLP
Washington DC Office
2001 M Street, NW, Suite 600
Washington, DC  20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

*Attorneys for Plaintiffs and Counterclaim Defendants*
ILLUMINA, INC. and VERINATA HEALTH, INC.

cc: All Counsel (by ECF)