1  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
2  DEREK C. WALTER (Bar No. 246322)
   derek.walter@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
4  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
5  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
6
   ROBERT T. VLASIS III (admitted *pro hac vice*)
7  robert.vlasis@weil.com
   WEIL, GOTSHAL & MANGES LLP
8  Washington DC Office
   2001 M Street, NW, Suite 600
9  Washington, DC  20036
   Telephone: (202) 682-7000
10 Facsimile: (202) 857-0940

11 Attorneys for Plaintiff ILLUMINA, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ILLUMINA, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARIOSA DIAGNOSTICS, INC.,<br><br>　　　　　Defendant. | Case Nos. 3:14-cv-01921-SI and 3:15-cv-02216-SI<br><br>**PLAINTIFF ILLUMINA, INC.'S CORRECTED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**<br><br>Judge:  Hon. Susan Illston |
| ILLUMINA, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARIOSA DIAGNOSTICS, INC., AND ROCHE MOLECULAR SYSTEMS, INC.,<br><br>　　　　　Defendants. | |

Notice is hereby given that, pursuant to 28 U.S.C. §§ 1292(a)(1) and 1292(c)(1), plaintiff Illumina, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the district court's July 19, 2018 Order re Post-Trial Motions denying its Motion For A Permanent Injunction (Docket No. 705) and all interlocutory or other orders subsidiary or relating to the denial of its request for an injunction sufficient to be within the appellate jurisdiction of the Court under the above provisions of Title 28.

Dated: August 16, 2018

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: _____/s/ Edward R. Reines_____
       Edward R. Reines

*Attorney for Plaintiff* ILLUMINA, INC.