IRELL & MANELLA LLP
David I. Gindler (117824)
dgindler@irell.com
Alan J. Heinrich (212782)
aheinrich@irell.com
Lisa S. Glasser (223406)
lglasser@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Defendant and
Counterclaim-Plaintiff
Ariosa Diagnostics, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VERINATA HEALTH, INC.,<br><br>        Plaintiff and<br>        Counterclaim-Defendant<br><br>    vs.<br><br>ARIOSA DIAGNOSTICS, INC.,<br><br>        Defendant and<br>        Counterclaim-Plaintiff. | Lead Case No. 3:12-cv-05501-SI<br>Case No. 3:14-cv-01921-SI<br>Case No. 3:15-cv-02216-SI<br><br>**ARIOSA DIAGNOSTICS, INC.'S NOTICE OF APPEAL**<br><br>**Hon. Susan Illston** |
| ILLUMINA, INC.,<br><br>        Plaintiff and<br>        Counterclaim-Defendant<br><br>    vs.<br><br>ARIOSA DIAGNOSTICS, INC.,<br><br>        Defendant and<br>        Counterclaim-Plaintiff. | |

| | |
|---|---|
| 1 | ILLUMINA, INC., |
| 2 |     Plaintiff and Counterclaim-Defendant |
| 3 | |
| 4 | vs. |
| 5 | ARIOSA DIAGNOSTICS, INC., |
| 6 |     Defendant and Counterclaim-Plaintiff. |

NOTICE is hereby given that Defendant Ariosa Diagnostics, Inc. appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in these consolidated actions on January 29, 2018 (ECF No. 642), and from all opinions, rulings, and orders in these consolidated actions that are adverse to Ariosa Diagnostics, Inc., whether subsumed within the Final Judgment or not, including without limitation the Orders entered October 16, 2013 (ECF No. 89), December 17, 2014 (ECF No. 199), December 11, 2017 (ECF No. 517), December 22, 2017 (ECF No. 547), January 4, 2018 (ECF No. 561), July 19, 2018 (ECF No. 705), and July 27, 2018 (ECF No. 709).

Dated: August 17, 2018                                     Respectfully submitted,

                                                           By: /s/ David I. Gindler

                                                           David I. Gindler (117824)
                                                           Alan J. Heinrich (212782)
                                                           Lisa S. Glasser (223406)
                                                           IRELL & MANELLA LLP
                                                           1800 Avenue of the Stars, Suite 900
                                                           Los Angeles, California 90067-4276
                                                           Telephone: (310) 277-1010
                                                           Facsimile: (310) 203-7199
                                                           dgindler@irell.com
                                                           aheinrich@irell.com
                                                           lglasser@irell.com

                                                           *Attorney for Ariosa Diagnostics, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By: /s/ David I. Gindler
David I. Gindler