# United States Court of Appeals for the Federal Circuit

---

**VERINATA HEALTH, INC., ILLUMINA, INC.,**
*Plaintiffs-Appellants*

v.

**ARIOSA DIAGNOSTICS, INC, ROCHE MOLECULAR SYSTEMS, INC.,**
*Defendants-Cross-Appellants*

---

2018-2198, 2018-2303, 2018-2305, 2018-2306, 2018-2317

---

Appeals from the United States District Court for the Northern District of California in Nos. 3:12-cv-05501-SI, 3:15-cv-02216-SI, 3:14-cv-01921-SI, Senior Judge Susan Y. Illston.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

April 24, 2020              /s/ Peter R. Marksteiner
                             Peter R. Marksteiner
                             Clerk of Court