| | |
|---|---|
| EDWARD R. REINES (Bar No. 135960)<br>edward.reines@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br>Attorney for Plaintiffs and<br>Counterclaim-Defendants<br>VERINATA HEALTH, INC. and<br>ILLUMINA, INC. | LISA S. GLASSER (Bar No. 223406)<br>lglasser@irell.com<br>IRELL & MANELLA LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660<br>Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200<br>Attorney for Defendant and<br>Counterclaim-Plaintiff<br>ARIOSA DIAGNOSTICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERINATA HEALTH, INC., and ILLUMINA, INC.,<br><br>　　　　Plaintiffs and<br>　　　　Counterclaim-Defendants,<br><br>　vs.<br><br>ARIOSA DIAGNOSTICS, INC.,<br><br>　　　　Defendant and<br>　　　　Counterclaim-Plaintiff. | Lead Case No. 3:12-cv-05501-SI<br>Case No. 3:14-cv-01921-SI<br>Case No. 3:15-cv-02216-SI<br><br>**JOINT STIPULATION AND FURTHER REQUEST TO DEFER RULING ON MOTIONS FOR PRE-VERDICT AND POST-VERDICT DAMAGES**<br><br>Judge: Hon. Susan Illston |

Plaintiffs Verinata Health, Inc. and Illumina, Inc. and Defendant Ariosa Diagnostics, Inc., (together, "the Parties") previously requested that the Court defer ruling on Illumina's motions for pre-verdict and post-verdict damages until January 31, 2021, to enable the Parties to discuss the possibility of resolving this action and the other action between the Parties currently pending before this Court. *See* Dkt. 768 (Joint Stipulation and Request to Defer Ruling).

The Parties hereby notify the Court that they continue to be engaged in discussions regarding potential resolution of the two actions, and therefore jointly request that the Court defer its ruling to February 15, 2021.

Respectfully submitted,

Dated: January 25, 2021    WEIL, GOTSHAL & MANGES LLP

By:  /s/ *Edward R. Reines*

EDWARD R. REINES

ATTORNEY FOR PLAINTIFF VERINATA HEALTH, INC. AND ILLUMINA, INC.

Dated: January 25, 2021    IRELL & MANELLA LLP

By:  *Lisa S. Glasser*

LISA S. GLASSER

ATTORNEY FOR DEFENDANT ARIOSA DIAGNOSTICS, INC.

I, Lisa S. Glasser, am the ECF user whose identification and password are being used to file this Joint Request. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that Edward R. Reines has concurred in this filing.

Dated: January 25, 2021    By: /s/ *Lisa S. Glasser*

Lisa S. Glasser