| | |
|---|---|
| EDWARD R. REINES (Bar No. 135960)<br>edward.reines@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br><br>Attorney for Plaintiffs and<br>Counterclaim-Defendants<br>VERINATA HEALTH, INC. and<br>ILLUMINA, INC. | LISA S. GLASSER (Bar No. 223406)<br>lglasser@irell.com<br>IRELL & MANELLA LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660<br>Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200<br><br>Attorney for Defendant and<br>Counterclaim-Plaintiff<br>ARIOSA DIAGNOSTICS, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VERINATA HEALTH, INC., *et al.*<br><br>     Plaintiffs and<br>     Counterclaim-Defendants,<br><br>     v.<br><br>ARIOSA DIAGNOSTICS, INC., *et al.*<br><br>     Defendants and<br>     Counterclaim-Plaintiffs. | Lead Case No. 3:12-cv-05501 SI<br>Case No. 3:14-cv-01921-SI<br>Case No. 3:15-cv-02216-SI<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:   Hon. Susan Y. Illston |

1  Plaintiffs Verinata Health, Inc. and Illumina, Inc. and Defendant Ariosa Diagnostics, Inc., (together, "the Parties") anticipate that a settlement will be signed by May 26, 2021.

Respectfully submitted,

Dated: May 21, 2021   WEIL, GOTSHAL & MANGES LLP

By: */s/ Edward R. Reines*
   EDWARD R. REINES

ATTORNEY FOR PLAINTIFFS
VERINATA HEALTH, INC., AND ILLUMINA, INC.

Dated: May 21, 2021   IRELL & MANELLA LLP

By: */s/ Lisa S. Glasser*
   LISA S. GLASSER

ATTORNEY FOR DEFENDANT ARIOSA DIAGNOSTICS, INC.

## **ATTESTATION**

I, Edward R. Reines, am the ECF user whose identification and password are being used to file this Joint Case Management Statement. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that Lisa S. Glasser has concurred in this filing.

Dated: May 21, 2021                             */s/ Edward R. Reines*
                                                                Edward R. Reines