*[Counsel listed in signature block]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERINATA HEALTH, INC., and ILLUMINA, INC.,<br><br>      Plaintiffs/<br>      Counterclaim-Defendants,<br><br>   v.<br><br>ARIOSA DIAGNOSTICS, INC.,<br><br>      Defendant/<br>      Counterclaim-Plaintiff. | Lead Case No. 3:12-cv-05501-SI<br>Case No. 3:14-cv-01921-SI<br>Case No. 3:15-cv-02216-SI<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

1  WHEREAS, Verinata Health, Inc. and Illumina Inc. (collectively, "Plaintiffs") asserted claims of infringement of U.S. Patent Nos. 7,955,794 and 8,318,430 (collectively, "Patents-in-Suit") against Ariosa Diagnostics, Inc. and Roche Molecular Systems, Inc. (collectively, "Defendants") (Dkt. No. 349 (Civ. A. No. 12-cv-05501-SI); Dkt. No. 1 (Civ. A. No. 14-cv-01921-SI); Dkt. No. 17 (Civ. A. No. 15-cv-02216-SI));

WHEREAS, Defendants asserted affirmative defenses, counterclaims for non-infringement and invalidity of the Patents-in-Suit, and counterclaims for breach of contract and breach of the covenant of good faith and fair dealing, against Plaintiffs (Dkt. No. 352 (Civ. A. No. 12-cv-05501-SI); Dkt. No. 102-1 (Civ. A. No. 14-cv-01921-SI));

WHEREAS, this Court entered its Judgment on January 29, 2018 (Dkt. No. 642), and Order re Post-Trial Motions on July 19, 2018 (Dkt. No. 705), as modified by the Order re Clarification on October 4, 2018 (Dkt. No. 721) (collectively, "Judgment"));

WHEREAS, the United States Court of Appeals for the Federal Circuit issued its Opinion and Judgment on April 24, 2020 (Dkt. Nos. 729 & 730), and issued its formal mandate on August 14, 2020 (Dkt. No. 736), wherein it affirmed this Court's Judgment;

WHEREAS, Plaintiffs have pending motions for supplemental pre-verdict and post-verdict royalties (Dkt. Nos. 742, 743-4); and

WHEREAS, Plaintiffs and Defendants have mutually agreed to a settlement of Plaintiffs' and Defendants' respective claims;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their respective undersigned counsel, subject to the approval of the Court, that

1. The Court's Judgment against Defendants is deemed satisfied.

2. Plaintiffs' pending motions for supplemental pre-verdict and post-verdict royalties (Dkt. Nos. 742, 743-4) are withdrawn with prejudice.

3. Each party shall bear its own costs, expenses, and attorneys' fees incurred with respect to all claims, defenses, and counterclaims in this Action.

|    |                          |                                                                                                                                                                                                                                                  |
|----|--------------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  |                          | Respectfully submitted,                                                                                                                                                                                                                          |
| 2  |                          | WEIL, GOTSHAL & MANGES LLP                                                                                                                                                                                                                       |
| 3  | Dated:  May  26, 2021    | By:   */s/ Edward R. Reines*                                                                                                                                                                                                                      |
| 4  |                          |      Edward R. Reines                                                                                                                                                                                                                            |
| 5  |                          | Edward R. Reines (Bar No. 135960)   edward.reines@weil.com                                                                                                                                                                                       |
| 6  |                          | WEIL, GOTSHAL & MANGES LLP   201 Redwood Shores Parkway                                                                                                                                                                                          |
| 7  |                          | Redwood Shores, CA 94065   Telephone: (650) 802-3000                                                                                                                                                                                             |
| 8  |                          | Facsimile: (650) 802-3100                                                                                                                                                                                                                        |
| 9  |                          | *Attorney for Plaintiffs/Counterclaim-Defendants*                                                                                                                                                                                                 |
| 10 |                          | VERINATA HEALTH, INC. and ILLUMINA, INC.                                                                                                                                                                                                         |

|    |                          |                                                                                                                                                                                                                                                  |
|----|--------------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 13 |                          | IRELL & MANELLA LLP                                                                                                                                                                                                                              |
| 14 |                          | By:   */s/ Lisa S. Glasser*                                                                                                                                                                                                                       |
| 15 | Dated:  May  26, 2021    |      Lisa S. Glasser                                                                                                                                                                                                                             |
| 16 |                          | Lisa S. Glasser (Bar No. 223406)   lglasser@irell.com                                                                                                                                                                                            |
| 17 |                          | 840 Newport Center Drive, Suite 400                                                                                                                                                                                                              |
| 18 |                          | Newport Beach, CA  92660-6324   Telephone: (949) 760-0991                                                                                                                                                                                        |
| 19 |                          | Facsimile: (949) 760-5200                                                                                                                                                                                                                        |
| 20 |                          | *Attorney for Defendant/Counterclaim-Plaintiff*                                                                                                                                                                                                   |
| 21 |                          | ARIOSA DIAGNOSTICS, INC.                                                                                                                                                                                                                         |

### **CERTIFICATION**

I, Edward R. Reines, am the ECF User whose identification and password are being used to file this Joint Stipulation Of Dismissal With Prejudice and [Proposed] Order.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Lisa S. Glasser has concurred in this filing.

　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Edward R. Reines*
　　　　　　　　　　　　　　　　　　　　　　　　　Edward R. Reines

1  SO ORDERED this ____ day of _____ 2021.

2

3  _____
4  HONORABLE SUSAN Y. ILLSTON
   UNITED STATES DISTRICT JUDGE