*[Counsel listed in signature block]*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| VERINATA HEALTH, INC., and ILLUMINA, INC., <br><br>    Plaintiffs/Counterclaim-Defendants,<br><br>    v.<br><br>ARIOSA DIAGNOSTICS, INC.,<br><br>    Defendant/Counterclaim-Plaintiff. | Lead Case No. 3:12-cv-05501-SI<br>Case No. 3:14-cv-01921-SI<br>Case No. 3:15-cv-02216-SI<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

1  WHEREAS, Verinata Health, Inc. and Illumina Inc. (collectively, "Plaintiffs") asserted claims of infringement of U.S. Patent Nos. 7,955,794 and 8,318,430 (collectively, "Patents-in-Suit") against Ariosa Diagnostics, Inc. and Roche Molecular Systems, Inc. (collectively, "Defendants") (Dkt. No. 349 (Civ. A. No. 12-cv-05501-SI); Dkt. No. 1 (Civ. A. No. 14-cv-01921-SI); Dkt. No. 17 (Civ. A. No. 15-cv-02216-SI));

WHEREAS, Defendants asserted affirmative defenses, counterclaims for non-infringement and invalidity of the Patents-in-Suit, and counterclaims for breach of contract and breach of the covenant of good faith and fair dealing, against Plaintiffs (Dkt. No. 352 (Civ. A. No. 12-cv-05501-SI); Dkt. No. 102-1 (Civ. A. No. 14-cv-01921-SI));

WHEREAS, this Court entered its Judgment on January 29, 2018 (Dkt. No. 642), and Order re Post-Trial Motions on July 19, 2018 (Dkt. No. 705), as modified by the Order re Clarification on October 4, 2018 (Dkt. No. 721) (collectively, "Judgment"));

WHEREAS, the United States Court of Appeals for the Federal Circuit issued its Opinion and Judgment on April 24, 2020 (Dkt. Nos. 729 & 730), and issued its formal mandate on August 14, 2020 (Dkt. No. 736), wherein it affirmed this Court's Judgment;

WHEREAS, Plaintiffs have pending motions for supplemental pre-verdict and post-verdict royalties (Dkt. Nos. 742, 743-4); and

WHEREAS, Plaintiffs and Defendants have mutually agreed to a settlement of Plaintiffs' and Defendants' respective claims;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their respective undersigned counsel, subject to the approval of the Court, that

1. The Court's Judgment against Defendants is deemed satisfied.

2. Plaintiffs' pending motions for supplemental pre-verdict and post-verdict royalties (Dkt. Nos. 742, 743-4) are withdrawn with prejudice.

3. Each party shall bear its own costs, expenses, and attorneys' fees incurred with respect to all claims, defenses, and counterclaims in this Action.

|   |   |   |
|---|---|---|
|   | | Respectfully submitted, |
|   | | WEIL, GOTSHAL & MANGES LLP |
| Dated: May 26, 2021 | By: | */s/ Edward R. Reines* |
|   | | Edward R. Reines |

Edward R. Reines (Bar No. 135960)
edward.reines@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorney for Plaintiffs/Counterclaim-Defendants*
VERINATA HEALTH, INC. and ILLUMINA, INC.

|   |   |   |
|---|---|---|
|   | | IRELL & MANELLA LLP |
| Dated: May 26, 2021 | By: | */s/ Lisa S. Glasser* |
|   | | Lisa S. Glasser |

Lisa S. Glasser (Bar No. 223406)
lglasser@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

*Attorney for Defendant/Counterclaim-Plaintiff*
ARIOSA DIAGNOSTICS, INC.

## **CERTIFICATION**

I, Edward R. Reines, am the ECF User whose identification and password are being used to file this Joint Stipulation Of Dismissal With Prejudice and [Proposed] Order. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Lisa S. Glasser has concurred in this filing.

 */s/ Edward R. Reines*
Edward R. Reines

1  SO ORDERED this  27th  day of  May   2021.

_____
HONORABLE SUSAN Y. ILLSTON
UNITED STATES DISTRICT JUDGE